**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7823**

_____

MIKIE L. BELL,

                 Plaintiff - Appellant,

        v.

C/O SPENCE; C/O DOCKEY; C/O OWENS; SARGEANT BLOWE,

                 Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever III,
District Judge.  (5:07-ct-03085-D)

_____

Submitted:  January 14, 2010          Decided:  January 21, 2010

_____

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mikie L. Bell, Appellant Pro Se.   Peter Andrew Regulski,
Assistant  Attorney  General,  Raleigh,  North  Carolina,  for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mikie L. Bell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bell v. C/O Spence, No. 5:07-ct-03085-D (E.D.N.C. Sept. 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED